AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Cowen, Robert E. | **2. Court or Organization**<br><br>U.S. Court of Appeals 3rd Cir. | **3. Date of Report**<br><br>05/01/2014 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Senior U.S. Circuit Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>402 E. State Street<br>Room 207<br>Trenton, NJ 08608 | | |

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of New Jersey |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | March 22 - 23, 2013 | New York, NY | Dinner | Dinner in Honor of the Federal Judiciary Meals, Hotel, Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Artio Intl. Equity FD (Mutual Fund) | A | Dividend | K | T | | | | | |
| 2. Bristol Meyers Squibb (Common Stock) | A | Dividend | J | T | | | | | |
| 3. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 4. Chevron Corp. (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | D | |
| 5. Cardinal Health Care (Common Stock) | A | Dividend | J | T | | | | | |
| 6. Chubb Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 7. Cisco Systems (Common Stock) | A | Dividend | K | T | | | | | |
| 8. Cisco Systems (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | B | |
| 9. Colgate Palmolive (Common Stock) | A | Dividend | J | T | | | | | |
| 10. Colgate Palmolive (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | C | |
| 11. Conoco Phillips (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Deere & Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 13. Deere & Co. (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | D | |
| 14. Ell Intl. Property (Mutual Fund) | A | Dividend | J | T | | | | | |
| 15. EMC Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 16. Emerson Electric (Common Stock) | A | Dividend | J | T | | | | | |
| 17. ExxonMobil (Common Stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 19. FedEx Corp. (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | C | |
| 20. Goldman Sachs Gr. Op. Fd. (Mutual Fund) | | None | K | T | | | | | |
| 21. General Electric (Common Stock) | A | Dividend | K | T | | | | | |
| 22. General Electric (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | D | |
| 23. General Mills | A | Dividend | J | T | | | | | |
| 24. Home Depot (Common Stock) | A | Dividend | J | T | | | | | |
| 25. ING Real Estate FD | A | Dividend | K | T | | | | | |
| 26. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 27. Intl. Flavors & Fragrances (Common Stock) | A | Dividend | J | T | | | | | |
| 28. Lord Abbett Value Opp. FD | | None | J | T | | | | | |
| 29. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |
| 30. Johnson & Johnson (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | D | |
| 31. JP Morgan Chase (Common Stock) | A | Dividend | K | T | | | | | |
| 32. JP Morgan Chase (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | B | |
| 33. Kellog (Common Stock) | A | Dividend | J | T | | | | | |
| 34. McDonalds Corp. (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. McDonalds Corp. (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | B | |
| 36. McKesson Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 37. Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 38. Microsoft Corp. (Common Stock) | A | Dividend | | | Sold (part) | 11/26/13 | J | C | |
| 39. Aberdeen Emerging 30 Mkts FD | A | Dividend | J | T | | | | | |
| 40. Oakmark Intl. FD (Mutual Fund) | A | Dividend | K | T | | | | | |
| 41. Pimco Commodity Real FD | B | Dividend | J | T | | | | | |
| 42. Phillips 66 PSX (Common Stock) | A | Dividend | J | T | | | | | |
| 43. PNC Financial Serv. Group | A | Dividend | J | T | | | | | |
| 44. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 45. Oppenheimer Developing Mrkts FD | | None | J | T | | | | | |
| 46. Ridgeworth FD-Midcap | | None | K | T | | | | | |
| 47. Royce Value FD | A | Dividend | K | T | | | | | |
| 48. Merger FD SH BEN INT | A | Dividend | J | T | | | | | |
| 49. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 50. Apple (Common Stock) | A | Dividend | J | T | | | | | |
| 51. Abbvie Inc. (Common Stock) | A | Dividend | J | T | Spinoff (from line 53) | 06/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Technologies (Common Stock) | A | Dividend | K | T | | | | | |
| 53. Abbot Labs (Common Stock) | A | Dividend | J | T | | | J | | |
| 54. AT & T (Common Stock) | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 55. Viacom Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 56. Coca Cola (Common Stock) | A | Dividend | J | T | | | | | |
| 57. Excelon Corp. (Common Stock) | A | Dividend | J | T | Buy | 04/30/13 | J | | |
| 58. Wells Fargo Adv. Emerging FD | A | Dividend | K | T | | | | | |
| 59. Wells Fargo Adv. Asset All. FD | A | Dividend | J | T | | | | | |
| 60. Trust #1 | D | Int./Div. | N | T | | | | | |
| 61. Eaton-Vance Global Macro | A | Dividend | J | T | | | | | |
| 62. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 63. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 64. IShares ETF S & P Small Capp 600 Growth | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 65. IShares EFT S & P Small Cap 600 Value | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 66. IShares EFT S & P Mid-Cap 400 Value | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 67. IShares EFT S & P Mid-Cap 400 Growth | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 68. IShares EFT S & P 500 Value | A | Dividend | J | T | Buy | 11/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares EFT S & P 500 Growth | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 70. PowerShares DB ETF Commodity Index | | None | J | T | Buy | 11/26/13 | J | | |
| 71. Vanguard Intl. Equity ETF | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 72. Vanguard REIT ETF | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 73. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 74. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 75. N.J. Educational Fac. 7-01-34 | A | Interest | K | T | | | | | |
| 76. Orlando, FL Cap. Impt. | A | Interest | K | T | Buy | 07/31/13 | K | | |
| 77. ING Real Estate FD | A | Dividend | J | T | Buy | 01/15/13 | J | | |
| 78. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | | | | | |
| 79. N.J. State Higher Ed. 6-01-30 | A | Interest | J | T | | | | | |
| 80. Antelope Valley | A | Interest | J | T | | | | | |
| 81. Antelope Valley | A | Interest | J | T | | | | | |
| 82. Clark City, NE School Dist. | A | Interest | J | T | | | | | |
| 83. Lancaster, CA School District | A | Interest | J | T | Buy | 10/29/13 | J | | |
| 84. Cumberland Cty Gen. Impt G/O | A | Interest | J | T | | | | | |
| 85. Oregon St. Dept. Admin. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lee Cty FL | A | Interest | | | Redeemed | 10/06/13 | J | | |
| 87. Passaic Cty N.J. College 11-01-19 | A | Interest | J | T | | | | | |
| 88. Rogers, AK School District | A | Interest | J | T | | | | | |
| 89. Mass. Hsg Fin Agy | A | Interest | J | T | | | | | |
| 90. Cleveland, OH Airport | A | Interest | K | T | | | | | |
| 91. Essex Cty Impt Auth | A | Interest | J | T | | | | | |
| 92. King Cnty Washington Sewer Rev | A | Interest | J | T | | | | | |
| 93. Hawaii St. Hsg. Fin. & Dev. | A | Interest | J | T | | | | | |
| 94. Black Rock Muni Holdings NJ | A | Interest | | | Sold | 03/22/13 | J | | |
| 95. Oppenheimer Ltd Term CL B | A | Interest | | | Sold | 07/31/13 | J | | |
| 96. Oppenheimer Ltd Term CL B | A | Interest | | | Sold | 07/31/13 | J | | |
| 97. Oppenheimer NJ Muni Fd. CL A | B | Interest | | | Sold | 03/25/13 | J | | |
| 98. Oppenheimer Equity Income FD | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 99. Oppenheimer NJ FD CL A | A | Interest | | | Sold | 03/25/13 | J | | |
| 100. Wells Fargo Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 101. Wells Fargo Municipal Bond CL A | A | Interest | J | T | | | | | |
| 102. Wells Fargo Muni Bond CL C | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. America Funds Tax Exempt Bond Fd. CL C | A | Interest | K | T | | | | | |
| 104. Certificate of Deposit - Wells Fargo | A | Interest | | | Redeemed | 12/17/13 | J | | |
| 105. Certificate of Deposit- Hudson City Savings Bank | A | Interest | J | T | | | | | |
| 106. Certificate of Deposit - Hudson City Savings Bank | A | Interest | J | T | | | | | |
| 107. Certificate of Deposit - Hudson City Savings Bank | A | Interest | J | T | | | | | |
| 108. Treasury Notes - Various Maturities | C | Interest | M | T | | | | | |
| 109. IRA #1 | B | Int./Div. | K | T | | | | | |
| 110. - Investco Global Real Estate FD | A | Dividend | J | T | | | | | |
| 111. - Blair Williams FDs International Growth | A | Dividend | J | T | | | | | |
| 112. - Delaware Group Adv. FDs | A | Dividend | J | T | | | | | |
| 113. - Delaware Group Equity FDs | A | Dividend | J | T | | | | | |
| 114. - Lazard FDs Emerging Mkts | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 115. Morgan Stanley Instl. FD | A | Dividend | J | T | | | | | |
| 116. - DWS Dreman Small Cap FD | A | Dividend | | | Sold | 09/03/13 | J | | |
| 117. - Dreyfus Appreciation FD | A | Dividend | J | T | | | | | |
| 118. - First Eagle Sogen Overseas FD | A | Dividend | J | T | | | | | |
| 119. - Harbor International | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Eagle Small Gap Growth FD | A | Dividend | J | T | | | | | |
| 121. - Hotchkiss & Wiley Mid-Cap Val. 1 | A | Dividend | J | T | | | | | |
| 122. - John Hancock Classic Value FD | A | Dividend | J | T | | | | | |
| 123. - Pimco Comm. Real Ret. Inst. | A | Dividend | J | T | | | | | |
| 124. - Oppenheimer Dev. Mkts | A | Dividend | J | T | | | | | |
| 125. - RS Investment FDS - Emerging Market CL Y | A | Dividend | | | Sold | 02/20/13 | J | | |
| 126. - Security Equity FD | A | Dividend | J | T | | | | | |
| 127. - Victory Portfolios | A | Dividend | J | T | Buy | 09/04/13 | J | | |
| 128. - Wells Fargo FDS TR Mutual Fund | | None | J | T | | | | | |
| 129. - Touchstone Large Cap FD | A | Dividend | J | T | | | | | |
| 130. - Cambiar Opportinity FD | A | Dividend | J | T | | | | | |
| 131. - Goldman Sacks | | None | | | Sold | 04/12/13 | J | | |
| 132. - Artio Intl. | A | Dividend | | | Sold | 02/20/13 | J | | |
| 133. - Managers ANG FD Times Square Mid Cap | | None | J | T | | | | | |
| 134. - Keeley FDs Small Cap | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Item 60, by letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

2. Item 101 combines Items 81 and 82 in last year's report since they are the same investment purchased at different times.

3. Item 103 combines items 84 and 85 in last year's report since they are the same investment purchased at different times.

4. Item 110 has simplified its name and is now just "Investco".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Cowen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544